# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: JEANLOUIS, JEPHTE                    § Case No. 13-83657
                                            §
                                            §
Debtor(s)                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/01/2014 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/02/2014            By:  /s/JAMES E. STEVENS
                                                        Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: JEANLOUIS, JEPHTE | § | Case No. 13-83657 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,366.50 |
| *and approved disbursements of* | $ 33.70 |
| *leaving a balance on hand of* [1] | $ 5,332.80 |
| **Balance on hand:** | $ 5,332.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,332.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,286.65 | 0.00 | 1,286.65 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,286.65 |
| Remaining balance: | $ 4,046.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,046.15 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,046.15 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,840.20 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 12,561.39 | 0.00 | 3,018.09 |
| 2 | Quantum3 Group LLC as agent for | 1,469.54 | 0.00 | 353.08 |
| 3 | Capital One, N.A. | 965.95 | 0.00 | 232.09 |
| 4 | Portfolio Recovery Associates, LLC | 767.10 | 0.00 | 184.31 |
| 5 | Portfolio Recovery Associates, LLC | 1,076.22 | 0.00 | 258.58 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,046.15 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $        0.00
Remaining balance:  $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $        0.00
Remaining balance:  $        0.00

Prepared By:  /s/JAMES E. STEVENS
                        Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                                Case No. 13-83657-TML
Jephte JeanLouis                                                                      Chapter 7
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon                 Page 1 of 2                 Date Rcvd: Sep 02, 2014
                              Form ID: pdf006              Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2014.
db            +Jephte JeanLouis,    221 Stickley Lane,    Lake in the Hills, IL 60156-6217
21156210      +AAMS/Automated Accounts Management Servi,    4800 Mills Civic Parkway,    Suite 202,
                West Des Moines, IA 50265-5265
21156211      +ARS National Services,    Box 463023,    Escondido, CA 92046-3023
21156212       ASSOCIATES IN PSYCHIATRY & COUN,    2050 LARKIN AVE, STE 202,    Elgin, IL 60123-5899
21156214     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
21156215       Bank of America,    Box 660807,    Dallas, TX 75266-0807
21156216       Bank of America Mortgage,    Box 650070,    Dallas, TX 75265-0070
21156226     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20507,
                Kansas City, MO 64195)
21665823     ++CITIMORTGAGE,    5280 CORPORATE DRIVE,    BANKRUPTCY DEPARTMENT,    ATTENTION MC0023,
                FREDERICK MD 21703-8502
               (address filed with court: CITIMORTGAGE, INC.,    5280 CORPORATE DRIVE,    FREDRICK, MD 21703)
21156217      +Cap1/bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
21156218      +Cap1/mnrds,    Po Box 5253,    Carol Stream, IL 60197-5253
21156219      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21444263       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21156221      +Ccmk/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
21156222      +Centegra Physician Care,    PO Box 37847,    Philadelphia, PA 19101-0147
21156223      +Cepamerica IL LLP,    Box 582663,    Modesto, CA 95358-0070
21156225       Citi Mortgage,    PO Box 183040,    Columbus, OH 43218-3040
21670339      +Citimortgage Inc,    c/o Timothy Yueill,    175 N Franklin St STe 201,    Chicago, IL 60606-1847
21156228      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
21156229      +Comcast,    Box 3002,    Southeastern, PA 19398-3002
21156230      +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
21156231      +Comenity Bank/lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
21156236      +Fox Valley Lab,    Box 5133,    Chicago, IL 60680-5133
21156237      +Freedman, Anselmo, Lindberg, LLC,    Box 3228,    Naperville, IL 60566-3228
21156242       HSBC CARD SERVICES,    PO BOX 17602,    Charlotte, NC 28272-1104
21156243       HSBC/ BEST BUY,    Box 5226,    Carol Stream, IL 60197-5226
21156240      +Harris & Harris,    Box 5598,    Chicago, IL 60680-5598
21156241      +Helzbergcbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
21156244      +Hsbc/hlzbg,    Po Box 30253,    Salt Lake City, UT 84130-0253
21156245      +Integrity Financial,    Box 11530,    Overland Park, KS 66207-4230
21156249       Lane Bryant Retail/soa,    PO BOX 182125,    Columbus, OH 43218-2125
21156251      +McHenry County Ortho,    420 N.RT 31,    Crystal Lake, IL 60012-3718
21156255    +++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Motor Corp,    PO BOX 9001132,    Louisville, KY 40290-1132)
21156253      +Nissan Motor Acceptanc,    Pob 660366,    Dallas, TX 75266-0366
21156256      +Northwest Suburan Imaging,    34659 Eagle Way,    Chicago, IL 60678-1346
21156258       ONLINE YELLOW PAGES,    PO BOX 1111,    Easton, MA 02334-1111
21156257      +Oakbrook Bk,    6111 North River Rd.,    Rosemont, IL 60018-5158
21156260     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                Norfolk, VA 23541)
21156259       Phillips & cohen Associate LTD,    1004 Justison st,    mail stop 877,    Wilmington, DE 19801-5148
21156262      +Provena St. Joseph Hospital,    Patient Fianancial Services,    1643 Lewis Ave, Ste 203,
                Billings, MT 59102-4151
21156263      +Quest Diagnostics,    Box 809403,    Chicago, IL 60680-9403
21156264      +Sherman Hospital,    35134 Eagle Way,    Chicago, IL 60678-1351
21156265      +Stokes & Clinton,    Box 991801,    Mobile, AL 36691-8801
21156268     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408)
21156266      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
21156267      +Torres Crdit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
21156269       TransCore,    PO BOX 8500,    Philadelphia, PA 19178-3801
21156270      +United Collection Bureau,    Box 1448,    Maumee, OH 43537-8448
21156271      +Webster Bank/Citimortgage,    Attention: Bankruptcy Department,    Po Box 140609,
                Irving, TX 75014-0609
21156272       World Financial Network Bank,    PO BOX 182125,    Columbus, OH 43218-2125
21156235      +first  Financial Asset,    Box 56245,    Atlanta, GA 30343-0245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21156209      +E-mail/Text: jpietig@aamsonline.com Sep 02 2014 23:42:06     AAMS,   Box 65576,
                West Des Moines, IA 50265-0576
21156224      +E-mail/Text: bk.notifications@jpmchase.com Sep 02 2014 23:42:01      Chase Auto,
                Attn:National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
21156232      +E-mail/Text: clerical.department@yahoo.com Sep 02 2014 23:41:53      Credtrs Coll,   Po Box 63,
                Kankakee, IL 60901-0063
21330911       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2014 23:47:36      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
```

Case 13-83657   Doc 36   Filed 09/02/14   Entered 09/04/14 23:51:41   Desc Imaged
Certificate of Notice   Page 7 of 7

```
District/off: 0752-3          User: ldixon              Page 2 of 2                  Date Rcvd: Sep 02, 2014
                              Form ID: pdf006           Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
21156233     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2014 23:47:36     Discover Fin Svcs Llc,
              Po Box15316,    Wilmington, DE 19850-5316
21156234     +E-mail/Text: bknotice@erccollections.com Sep 02 2014 23:42:10      Enhanced Recovery,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
21156238     +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2014 23:46:42     GECRB/JC Penny,
              Attention:  Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
21156239     +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2014 23:45:54     Gecrb/Lowes,
              Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
21156246     +E-mail/PDF: ebankruptcy@arraysg.com Sep 02 2014 23:47:22      JC Christensen,   Box 519,
              Sauk Rapids, MN 56379-0519
21156247     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 02 2014 23:41:56      Kohls,   Box 2983,
              Milwaukee, WI 53201-2983
21156248     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 02 2014 23:41:57      Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21156250     +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2014 23:47:22     Lowes/ GECRB,    Box 530914,
              Atlanta, GA 30353-0914
21156252     +E-mail/Text: mmrgbk@miramedrg.com Sep 02 2014 23:42:10      MiraMed Revenue Group,   Deot 77304,
              Box 77000,    Detroit, MI 48277-2000
21333978      E-mail/Text: bnc-quantum@quantum3group.com Sep 02 2014 23:42:03
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                                 TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21156220       CATAMARAN
21156227*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
              Po Box 20507,    Kansas City, MO 64195)
21156254*    +Nissan Motor Acceptanc,    Pob 660366,   Dallas, TX 75266-0366
21156261*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,
              Norfolk, VA 23541)
21621146*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
              successor to GE CAPITAL RETAIL BANK,    PO Box 41067,   Norfolk, VA 23541)
21568029*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    successor to TD BANK USA, N.A.,
              PO Box 41067,   Norfolk, VA 23541)
21156213     ##+Baker & Miller,    29 N. Wacker Dr. Suite 500,    Chicago, IL 60606-3227
                                                                                   TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2014 at the address(es) listed below:
```
              Amy R Miller    on behalf of Creditor   Nissan Motor Acceptance Corporation amiller@smbtrials.com
              Darron Burke    on behalf of Debtor Jephte  JeanLouis rockford@jordanpratt.com
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Ross W Bartolotta    on behalf of Creditor   Nissan Motor Acceptance Corporation
              rbartolo@smbtrials.com
              Timothy R Yueill    on behalf of Creditor   CitiMortgage, Inc. timothyy@nevellaw.com
                                                                                             TOTAL: 7
```