# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: JEANLOUIS, JEPHTE  § Case No. 13-83657
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $299,250.00                         Assets Exempt: $15,116.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,046.15           Claims Discharged
                                                      Without Payment: $78,069.05

Total Expenses of Administration: $1,320.35

3) Total gross receipts of $ 5,366.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,366.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $298,844.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,320.35 | 1,320.35 | 1,320.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 83,113.00 | 16,840.20 | 16,840.20 | 4,046.15 |
| **TOTAL DISBURSEMENTS** | $381,957.00 | $18,160.55 | $18,160.55 | $5,366.50 |

4) This case was originally filed under Chapter 7 on October 28, 2013. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2014          By: /s/JAMES E. STEVENS
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 ─ GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 TAX REFUND | 1224-000 | 5,366.50 |
| **TOTAL GROSS RECEIPTS** | | **$5,366.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 ─ FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 ─ SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America Mortgage | 4110-000 | 39,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Motor Acceptanc | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Mortgage | 4110-000 | 244,239.00 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Motor Corp | 4110-000 | 15,605.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$298,844.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,286.65 | 1,286.65 | 1,286.65 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 0.00 | 0.00 | 0.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.70 | 3.70 | 3.70 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,320.35 | $1,320.35 | $1,320.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,561.00 | 12,561.39 | 12,561.39 | 3,018.09 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 1,469.00 | 1,469.54 | 1,469.54 | 353.08 |
| 3 | Capital One, N.A. | 7100-000 | 965.00 | 965.95 | 965.95 | 232.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 767.00 | 767.10 | 767.10 | 184.31 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 1,076.00 | 1,076.22 | 1,076.22 | 258.58 |
| NOTFILED | McHenry County Ortho | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowes/ GECRB | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Motor Acceptanc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MiraMed Revenue Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lane Bryant Retail/soa | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Suburan Imaging | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Oakbrook Bk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/hlzbg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC CARD SERVICES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/ BEST BUY | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrity Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Christensen | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stokes & Clinton | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ONLINE YELLOW PAGES | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | United Collection Bureau | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TransCore | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | World Financial Network Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Webster Bank/Citimortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Toyota Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Physician Care | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Torres Crdit Tcs Inc. | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 8.00 | N/A | N/A | 0.00 |
| NOTFILED | Provena St. Joseph Hospital Patient Fianancial Services | 7100-000 | 21,170.00 | N/A | N/A | 0.00 |
| NOTFILED | Helzbergcbna | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Phillips & cohen Associate LTD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Td Bank Usa/targetcred | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | first Financial Asset | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Baker & Miller | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ASSOCIATES IN PSYCHIATRY & COUN | 7100-000 | 400.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cap1/bstby | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | ARS National Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/mnrds | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AAMS/Automated Accounts Management Servi | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 10,905.00 | N/A | N/A | 0.00 |
| NOTFILED | AAMS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ccmk/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CATAMARAN | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Freedman, Anselmo, Lindberg, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Lab | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Credtrs Coll | 7100-000 | 1,693.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Lane Bryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cepamerica IL LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Citicorp Credit Services/Attn: | 7100-000 | 17,657.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/Lowes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $83,113.00 | $16,840.20 | $16,840.20 | $4,046.15 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83657  
**Case Name:** JEANLOUIS, JEPHTE

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/28/13 (f)  
**§341(a) Meeting Date:** 11/26/13

**Period Ending:** 11/12/14

**Claims Bar Date:** 03/13/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   221 Stickley Lane Lake in the Hills, IL | 280,000.00 | 0.00 | | 0.00 | FA |
| 2   checking account with Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 3   savings account with Bank of America | 150.00 | 0.00 | | 0.00 | FA |
| 4   Household goods misc personal items | 750.00 | 0.00 | | 0.00 | FA |
| 5   Necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6   Misc costume jewelry weddings rings/watches | 200.00 | 0.00 | | 0.00 | FA |
| 7   2007 Nissan Armada 52,000 Miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 8   2005 Toyota Tacoma 175,000 Miles | 4,000.00 | 400.00 | | 0.00 | FA |
| 9   1996 International Straight Truck 375,000 Miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 10  1993 Honda Dirt Bike 100,000 Miles | 100.00 | 100.00 | | 0.00 | FA |
| 11  1/2 TAX REFUND (u)   We are to receive 1/2 of income tax refund (non debtor spouse receives other half) | Unknown | 5,366.50 | | 5,366.50 | FA |
| 11  Assets   Totals (Excluding unknown values) | **$299,250.00** | **$5,866.50** | | **$5,366.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     July 10, 2014         **Current Projected Date Of Final Report (TFR):**     October 1, 2014  (Actual)

Printed: 11/12/2014 10:02 AM    V.13.19

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-83657  
**Case Name:** JEANLOUIS, JEPHTE  

**Taxpayer ID #:** **-***6082  
**Period Ending:** 11/12/14  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $780,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/22/14 | {11} | Lea Jeanlouis | tax refund (1/2) | 1224-000 | 5,366.50 | | 5,366.50 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,356.50 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,346.50 |
| 06/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #13-83657, 016018067 | 2300-000 | | 3.70 | 5,342.80 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,332.80 |
| 10/01/14 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,286.65, Trustee Compensation; Reference: | 2100-000 | | 1,286.65 | 4,046.15 |
| 10/01/14 | 103 | Discover Bank | Dividend paid 24.02% on $12,561.39; Claim# 1; Filed: $12,561.39; Reference: | 7100-000 | | 3,018.09 | 1,028.06 |
| 10/01/14 | 104 | Quantum3 Group LLC as agent for | Dividend paid 24.02% on $1,469.54; Claim# 2; Filed: $1,469.54; Reference: | 7100-000 | | 353.08 | 674.98 |
| 10/01/14 | 105 | Capital One, N.A. | Dividend paid 24.02% on $965.95; Claim# 3; Filed: $965.95; Reference: | 7100-000 | | 232.09 | 442.89 |
| 10/01/14 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 24.02% on $767.10; Claim# 4; Filed: $767.10; Reference: | 7100-000 | | 184.31 | 258.58 |
| 10/01/14 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 24.02% on $1,076.22; Claim# 5; Filed: $1,076.22; Reference: | 7100-000 | | 258.58 | 0.00 |

|  |  | ACCOUNT TOTALS | 5,366.50 | 5,366.50 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 5,366.50 | 5,366.50 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$5,366.50** | **$5,366.50** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3266** | 5,366.50 | 5,366.50 | 0.00 |
|  | $5,366.50 | $5,366.50 | $0.00 |

{} Asset reference(s)